**Order filed April 12, 2022.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-22-00161-CR**
**NO. 14-22-00162-CR**
_____

### EX PARTE TIMOTHY DEWAYNE ISEDORE

**On Appeal from the County Criminal Court at Law No. 10**
**Harris County, Texas**
**Trial Court Cause Nos. 2384032 & 2384033**

## ORDER

Appellant is represented in the two above-numbered cases by retained counsel, Mark Aronowitz. No reporter's record has been filed in either of the two above-numbered cases. The court reporter informed this court that appellant had not requested that the reporter's record be prepared. On March 15, 2022, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof that a request to prepare the reporter's record had been made and proof of payment or indigency. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant's retained counsel, Mark Aronowitz, to file a brief in the two above-numbered cases within **twenty days** of the date of this order. If appellant's retained counsel fails to comply with this order, we will issue an order requiring the trial court to hold a hearing to determine why the brief has not been filed.


PER CURIAM


Panel Consists of Justices Jewell, Zimmerer, and Hassan.